

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-109 |
| v. | : | |
| JOSEPH MICHAEL REID | : | CIVIL NO. 07-2036 |

ORDER

BERLE M. SCHILLER, J.

AND NOW, this 19 day of Oct, 2007, upon careful and independent consideration of the Motion to Vacate, Set Aside or Correct a Sentence, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and objections thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Motion to Vacate, Set Aside or Correct Sentence is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

XC: MAILED
-J. REID